**No. 48433.**—Protests 992928–G, etc., of Maryland Waste Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE FIRST DIVISION, JUNE 26, 1943

**No. 48434.**—Protests 53239–K, etc., of Butler Bros. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE THIRD DIVISION, JUNE 26, 1943

**No. 48435.**—Protests 989813–G, etc., of Knickerbocker Mills Co. et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48436.**—Protests 793670–G, etc., of J. Fragola & Son et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48437.**—Protests 777906–G/10310, etc., of Continental Grain Co. et al. (New Orleans, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48438.**—Protests 772532–G, etc., of Centennial Flouring Mills Co. et al. (Seattle, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48439.**—Protests 96029–K, etc., of Steinhardter & Nordlinger et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48440.**—Protests 80968–K, etc., of Coty, Inc., et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.